IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01487-LTB

CHARLES COREY FRANKLIN,

      Applicant,

v.

CHARLES A. DANIELS,

      Respondent.

---

ORDER TO CURE DEFICIENCY
---

Babcock, Senior Judge

      Applicant submitted a Notice of Appeal on July 25, 2011. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     __X__ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

     __X__ is not submitted
     ____ is missing affidavit
     ____ is missing required financial information
     ____ is missing an original signature by the prisoner
     ____ is not on proper form (must use the court's current form
     ____ other

Accordingly, it is

1

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   27th   day of July, 2011.

BY THE COURT:


   s/Lewis T. Babcock
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO