**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01487-LTB

CHARLES COREY FRANKLIN,

      Applicant,

v.

CHARLES A. DANIELS,

      Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     This matter is before the Court on Applicant's Motion to Correct Deficiency in Notice of Appeal (Doc. No. 13), filed on August 4, 2011. The motion is DENIED as unneccesary.

Dated:  August 5, 2011

---